

**KATZ BARRON SQUITERO FAUST**

MIAMI
2699 S. BAYSHORE DRIVE
SEVENTH FLOOR
MIAMI, FL 33133-5408

305-856-2444
305-285-9227 FAX

www.katzbarron.com

January 5, 2016

*Via Fax (212) 805-6382*

Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:   *Anwar, et al. v. Fairfield Greenwich Limited, et al.*,
          Case No. 09-cv-118 (VM)(THK), Standard Chartered Cases

          This correspondence relates to: *Barbachano v. Standard Chartered Bank International (Americas) Limited, et al.*, 1:11-cv-03553-VM

Dear Judge Marrero:

    We write on behalf of Plaintiff Teresa Barbachano, one of the plaintiffs in the Standard Chartered Cases ("SC Cases"), and are in receipt of Standard Chartered's correspondence to the Court, dated January 5, 2016, submitting a proposed form of order suggesting remand. Because counsel for Ms. Barbachano and counsel for Standard Chartered had been unable to reach agreement on the language of the correspondence to be sent to the Court, we had requested that counsel for Standard Chartered note in its correspondence that Ms. Barbachano anticipated submitting a letter to the Court with regard to the proposed order suggesting remand. However, no such note was included, and, on behalf of Ms. Barbachano, we do not agree that the proposed order may be entered without delay.

    In that regard, we write to make clear that, if the Court enters partial final judgment pursuant to Fed. R. Civ. P. 54(b) on those counts and claims that the Court previously dismissed with respect to Ms. Barbachano (as she has previously requested [see D.E. 1529]), remand of such counts and claims should await appeal to the Second Circuit. If, however, the Court denies Ms. Barbachano's request for entry of partial final judgment, then Ms. Barbachano has no objection to the form of proposed order submitted by Standard Chartered.

Respectfully submitted,

Katz Barron Squitero Faust

H. Eugene Lindsey

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by Plaintiff Teresa Barbachano.

SO ORDERED.

1-5-16
DATE

VICTOR MARRERO, U.S.D.J.

cc:  Via Email to Counsel for SC Defendants and to
     Counsel for SC Plaintiff, Headway Investment Corp.

KATZ, BARRON, SQUITERO, FAUST, FRIEDBERG, ENGLISH & ALLEN, P.A.
MIAMI • FT. LAUDERDALE